IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN JOSEPH STOLTIE, | ) |
| | ) Civil Action No. 21-267 |
| Plaintiff, | ) |
| | ) |
| vs. | ) U.S. District Judge Arthur J. Schwab |
| | ) U.S. Magistrate Judge Patricia Dodge |
| GINA CERILLI, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

AND NOW, this 25th day of January, 2024, after: (1) Defendants filed a Motion for Summary Judgment on September 20, 2022 (ECF 118); (2) United States Magistrate Judge Patricia L. Dodge ("Magistrate Judge Dodge") issued a thorough Report and Recommendation on October 2, 2023, recommending that Defendants' Motion for Summary Judgment be granted in part and denied in part (ECF 190); (3) Plaintiff timely filed Objections to Magistrate Judge Dodge's Report and Recommendation on October 17, 2023 (ECF 191),

IT IS HEREBY ORDERED that Magistrate Judge Dodge's October 2, 2023, Report and Recommendation (ECF 190) is adopted as the Opinion of this Court.

IT IS FURTHER HEREBY ORDERED that, for the reasons set forth in Magistrate Judge Dodge's October 2, 2023, Report and Recommendation (ECF 190) Defendants' Motion for Summary Judgment is **DENIED** as to a singular 14th Amendment claim against a singular defendant, Defendant Matthew Springer. Defendants' Summary Judgment Motion is **GRANTED** in all other respects as to all other Defendants.

s/Arthur J. Schwab
ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Patricia L. Dodge
United States Magistrate Judge

Brian Joseph Stoltie
QN-7814
SCI- Greene
175 Progress Dr.
Waynesburg, PA 15370

All ECF-registered Counsel of Record